Goller, as president, etc., against Abraham Stubenhaus, impleaded with others. I. B. Louis, for appellant. S. Mayer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GORMLY v. SPROULL et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Louise A. Gormly against Margaret G. Sproull, impleaded with others. No opinion. Judgment affirmed, with costs.

GOSLIN v. MAGHER. (Supreme Court, Appellate Division, First Department: December 2, 1910.) Appeal from Trial Term, New York County. Action by Una Goslin against Annie Irene Magher. Judgment for plaintiff, and defendant appeals. Judgment affirmed. Irving L. Ernst, for appellant. Edwin T. Taliaferro, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, P. J. (dissenting). I think the verdict was without evidence to support it, as the evidence entirely fails to show that the defendant at any time enticed or induced the plaintiff's husband to abandon her, or was the procuring cause of the abandonment, or of the interruption of the marital relations between the husband and wife. Buchanan v. Foster, 23 App. Div. 542, 48 N. Y. Supp. 732; Hanor v. Housel, 128 App. Div. 801, 113 N. Y. Supp. 163. I also think the verdict was excessive, and cannot be sustained for the amount that the jury awarded. I therefore dissent.

CLARKE, J., concurs.

In re GOTTHOLD. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Appeal from Special Term, New York County. In the matter of the final accounting of Arthur F. Gotthold, substituted assignee of Patrick H. Hanlon, for the benefit of creditors. From an order sustaining exceptions to a referee's report, a certain claimant appeals. Reversed, exceptions overruled, and report confirmed. George W. Carr, for appellant. Stephen C. Fiero, for respondents.

PER CURIAM. In our opinion the claimant-appellant succeeded in making such proof of his claim as to justify its allowance by the referee. The order in so far as appealed from will therefore be reversed, with $10 costs and disbursements, to be paid by the respondents Hanlon and Drake, the exceptions overruled, and the report of the referee confirmed.

GOULD v. GOULD et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by George J. Gould against Kathrine Gould, impleaded with others. C. J. Shearn, for appellant. D. H. Taylor, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOULD et al., Respondents, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by George J. Gould and others against John H. Springer. F. M. Dittenhoefer, for appellant. C. W. Coleman, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 119 App. Div. 868, 103 N. Y. Supp. 1126.

GRANT, Respondent, v. UVALDE ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by John H. Grant, as trustee, etc., against the Uvalde Asphalt Paving Company. No opinion. Judgment and order affirmed, with costs.

GRAYBILL v. HEYLMAN et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by James E. Graybill, as substituted trustee, etc., against Henry B. Heylman, individually and as executor, etc., and others. No opinion. Motion granted. Order filed. See, also, 123 N. Y. Supp. 622.

GREEN, Appellant, v. FLEMING, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Wolf Green against William H. Fleming. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENBERG, Respondent, v. KAISER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Hyman Greenberg against Jacob Kaiser.

PER CURIAM. The evidence conclusively establishes that plaintiff's assignor was paid $200 on October 6, 1909, by being credited with that sum on his bond secured by a mortgage on his wife's house on Nineteenth avenue. Judgment of the Municipal Court modified by deducting therefrom the sum of $200, with interest from October 6, 1909, to the date of the entry of the judgment, and, as modified, affirmed, without costs.

GREENFIELD, Respondent, v. EDWARDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by John M. Greenfield against Arthur M. Edwards.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents upon the ground that improper evidence was admitted on the question of damages, and that the damages awarded are excessive.

GREENSPECHT, Respondent, v. SELIGSBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Henrietta Greenspecht against Franklin A. Seligsberg and another. S. C. Herriman, for appellants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRIESMER v. COLLINS. (Supreme Court, Appellate Division, First Department. Novem-

ber 11, 1910.) Action by Henry H. Griesmer against G. Frederic Collins. No opinion. Application denied, with $10 costs. Order signed.

In re GRIFFIN. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of Gerald S. Griffin.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissenting.

GROESBECK, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Edward A. Groesbeck against James P. Morgan.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissenting.

HANKIN, Respondent, v. BROOKLYN TAXICAB CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by Minnie M. Hankin against the Brooklyn Taxicab Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HANNIGAN, Respondent, v. BONWIT, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Kathryn Hannigan against Paul J. Bonwit. No opinion. Order affirmed, with $10 costs and disbursements.

HARDEN v. HOOPS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Percival L. Harden against William T. Hoops. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 299, 121 N. Y. Supp. 1086.

HARRIGAN, Appellant, v. HOULIHAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Cornelius Harrigan against John Houlihan. No opinion. Order affirmed, with $10 costs and disbursements.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) In the matter of the application for disbarment of Eugene W. Harrington, an attorney.

PER CURIAM. Report of referee confirmed and the name of the said Eugene W. Harrington ordered stricken from the roll of attorneys and counsellors of the Supreme Court, and the said attorney forbidden to practice in any of the courts of this state. See, also, 137 App. Div. 931, 123 N. Y. Supp. 1119.

HARTLEY, Respondent, v. BALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Wilfrid Hartley against Charles Edward Ball and others.

PER CURIAM. Judgment and order affirmed, with costs.

BURR and THOMAS, JJ., dissent.

HARTMANN BROS. MFG. CO., Appellant, v. NEW YORK INTERURBAN WATER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Hartmann Bros. Manufacturing Company against the New York Interurban Water Company and others. No opinion. Judgment affirmed, with costs.

HATHORN et al., Respondents, v. NATURAL CARBONIC GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 137 App. Div. 557, 121 N. Y. Supp. 683.

HOUGHTON, J., not sitting.

HEFRON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Luella Hefron, an infant, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed as against the weight of evidence, both as to the defendant's negligence and the plaintiff's freedom from contributory negligence, and new trial granted, with costs to appellant to abide event.

SMITH, P. J., and COCHRANE, J., dissenting.

In re HEINE BOILER CO. (Supreme Court, Appellate Division, Third Department. November 23, 1910.) In the matter of the application of the Heine Boiler Company for a writ of mandamus, requiring the Franklin Boiler Works Company to allow an inspection of its books. No opinion. Motion denied. See, also, 137 App. Div. 934, 121 N. Y. Supp. 1135.

HENRY, Respondent, v. HIRSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by John E. Henry, as receiver, against Joseph Hirsch and another.

PER CURIAM. Final order of the Municipal Court reversed, with costs, and proceeding dismissed, on the ground that there is no evidence that the tenant-appellants were made parties to the foreclosure action, and, not having attorned to the receiver, they cannot be divested of possession of the demised premises in summary proceedings. McDonald v. Cohen, 65 Misc. Rep. 489, 120 N. Y. Supp. 94.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Elizabeth A.